### STAMPFER *v.* STAMPFER.

*(Superior Court of New York City, General Term.  November 3, 1890.)*

DIVORCE—ALLOWANCE TO WIFE FOR COSTS.

A married woman, plaintiff in an action for divorce, who has received an allowance for counsel fees and expenses, is not entitled, under the New York statute, (Code Civil Proc. § 1769,) to a further allowance to cover expenses incurred previous to such second application, unless it appears that such allowance is necessary to enable her to further carry on the litigation.

Appeal from special term.

Action for a divorce by Josephine Stampfer against Siegmund, *alias* William, Stampfer. Defendant appeals from an order directing him to pay $400 to plaintiff's counsel for his services in the prosecution of the action.

Argued before FREEDMAN, TRUAX, and INGRAHAM, JJ.

*Louis Ausbaden,* for appellant.  *Samuel D. Sewards,* for respondent.

PER CURIAM.  This case cannot be distinguished in any material respect from the case of *Beadleston* v. *Beadleston,* 103 N. Y. 402, 8 N. E. Rep. 735. The order appealed from is reversed, and the motion denied, without costs.